JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET GAMBINO, individually and on behalf of all those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OLE MEXICAN FOODS, INC.,<br><br>　　　　　　Defendant. | Case No. ED CV 25-0497 FMO (DTBx)<br><br>**ORDER DISMISSING ACTION** |

　　The complaint in the above-captioned case contains individual and class allegations. The parties have filed a Joint Motion for Voluntary Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure, seeking to dismiss the individual claims with prejudice and the class claims without prejudice. (See Dkt. 16, Joint Motion of Voluntary Dismissal).

　　Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to the individual claims and without prejudice as to the class claims.

Dated this 16th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge